IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TONY NGUYEN,

               Plaintiff,

    vs.

NELNET,

               Defendant.

**4:26CV3100**

**MEMORANDUM AND ORDER**

On April 13, 2026, the Court ordered Plaintiff to file a signed copy of his Complaint, Filing No. 1, and motion for leave to proceed in forma pauperis ("IFP"), Filing No. 8, within 30 days or face dismissal of this action. Filing No. 10. To date, Plaintiff has not filed a signed copy of his Complaint or IFP motion or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2.    The pending IFP motion, Filing No. 8, is denied as moot.

3.    The Court will enter judgment by a separate document.

4.    The Clerk of Court is directed to send a copy of this order and the judgment to Charles F. Kaplan at the address provided in Filing No. 9.

Dated this 2nd day of June, 2026.

BY THE COURT:

_John M. Gerard_

John M. Gerrard
Senior United States District Judge